# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANYA AVIANA HARP,** | : | |
|       **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-2577 |
| | : | |
| **POLICE AND FIRE FEDERAL CREDIT UNION,** | : | |
| | : | |
|       **Defendant.** | : | |

## ORDER

This 10th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 13) is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice. The Clerk is directed to close this case.

                                               /s/ Gerald Austin McHugh
                                               United States District Judge